**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CASE NO.: 6:24-cv-01921-WWB-LHP**

**AISHIA PETERSEN**,

      Plaintiff,

v.

**ZV NY INC,**

      Defendant.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff **Aishia Petersen**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Notice or Stipulation of Dismissal will be filed within sixty (60) days.

  Dated this 13th day of December 2024.

                            By:  ___*/s/ Acacia Barros*___
                            Acacia Barros, Esq.
                            Fla. Bar No. 106277
                            **ACACIA BARROS, P.A.**
                            11120 N. Kendall Dr., Suite 201
                            Miami, Florida 33176
                            Telephone: 305-639-8381
                            ab@barroswlawfirm.com
                            *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that on this 13th day of December 2024, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished

to the Defendant's attorney.

*/s/ Acacia Barros*
Acacia Barros, Esq.
ACACIA BARROS, P.A.
